IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01838-PAB-NYW

JENNIFER CHRISTOS,

Plaintiff,

v.

HALKER CONSULTING, LLC;
MATTHEW HALKER; and
TRAVIS HUTCHINSON,

Defendants.

**NOTICE OF ATTORNEY NAME, FIRM NAME, FIRM ADDRESS, AND EMAIL ADDRESS CHANGE**

PLEASE TAKE NOTICE THAT effective November 1, 2017, Attorney of Record for Plaintiff, Kaitlin I. Thomas, has changed her name to Kaitlin I. Spittell.

PLEASE TAKE FURTHER NOTICE THAT effective November 1, 2017, the firm Ellis Employment Law, LLC, will become Livelihood Law, LLC. All future reference to the firm in this matter should be to Livelihood Law, LLC.

Because of this change, Attorney Kaitlin I. Spittell, has the following new address; 3401 Quebec Street, Suite 6009, Denver, CO, 80207; and the following new email address: kis@livelihoodlaw.com. In accordance with D.C.COLO.LAttyR 5(c), these changes will be reflected in the CM/ECF system.

The firm's and its lawyers' phone numbers and fax number have not been affected by this change.

Respectfully submitted this 2nd day of November 2017.

>*s/ Kaitlin I. Spittell*
>Kaitlin I. Spittell
>Livelihood Law, LLC
>3401 Quebec Street, Suite 6009
>Denver, CO 80207
>Phone: (720) 465-6972
>Fax: (720) 465-6927
>Email: kis@livelihoodlaw.com

CERTIFICATE OF SERVICE

I certify that on November 2, 2017, the foregoing Notice of Attorney Name, Firm Name, Address, and Email Change was filed with the CM/ECF electronic filing system, which will automatically notify Defendants by email as follows:

Brett M. Wendt
Brett.wendt@kutakrock.com

Jeffrey McClelland
Jeffrey.mccleland@kutakrock.com

>*s/ Lauren Wyman*
>Lauren Wyman