# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01838-PAB-NYW

JENNIFER CHRISTOS,

    Plaintiff,

v.

HALKER CONSULTING, LLC,

    Defendant.

---

## UNOPPOSED MOTION TO WITHDRAW BRETT M. WENDT AND JEFFREY H. McCLELLAND AS COUNSEL FOR DEFENDANT HALKER CONSULTING, LLC

---

Defendant Halker Consulting, LLC ("Defendant") by and through its undersigned counsel, hereby submits the following Motion to Withdraw Brett M. Wendt ("Mr. Wendt") and Jeffrey H. McClelland ("Mr. McClelland") as Counsel for Defendant pursuant to D.C.COLO.L.AttyR 5(b) and, in support thereof, states as follows:

1. Counsel for Defendant, Adam L. Hirsch, conferred with John M. Guevara, counsel for Plaintiff Jennifer Christos, pursuant to D.C.COLO.LCivR. 7.1, regarding this Motion. Counsel for Plaintiff does not oppose the relief requested herein.

2. Messrs. Wendt and McClelland are no longer associated with the law firm of Kutak Rock LLP and no longer represent Defendant in this action.

3. Defendant will continue to be represented in this matter by Adam L. Hirsch and Diana C. Fields of Kutak Rock LLP, counsel of record for Defendant.

4. Because Messrs. Wendt and McClelland no longer represent any party in this action, they no longer need to receive service of any pleadings or other matters in this action and should be removed as attorneys to be noticed for Defendant in the Court's CM/ECF system.

5. Pursuant to D.C.COLO.L.AttyR 5(b), a certificate of service is attached hereto evidencing service of this Motion on all counsel of record, any unrepresented party, and Plaintiff.

WHEREFORE, Defendant Halker Consulting, LLC respectfully requests that the Court enter an Order granting this Motion, terminating Brett M. Wendt's and Jeffrey H. McClelland's representation of Defendant in this matter, and removing Messrs. Wendt and McClelland as attorneys to be noticed for Defendant in the Court's CM/ECF system for this action.

Respectfully submitted this 30th day of October, 2018.

By: *s/ Adam L. Hirsch*
Adam L. Hirsch, #44306
Diana C. Fields, #14994
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
adam.hirsch@kutakrock.com
diana.fields@kutakrock.com

ATTORNEYS FOR DEFENDANT

By: *s/ Brett M. Wendt*
Brett M. Wendt (#30152)
6565 East Evans Avenue
Denver, CO 80224
Telephone: 303-759-1300
Brett@generalcann.com

By: *s/ Jeffrey H. McClelland*
Jeffrey H. McClelland (#45114)
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
jeffrey.mcclelland@jacksonlewis.com

WITHDRAWN ATTORNEYS FOR DEFENDANT

4836-9872-5494.2

4836-9872-5494.2

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 30th day of October, 2018, I electronically filed and served the foregoing pleading with the Clerk of Court using the CM/ECF system, and served a copy on the following via e-service through the CM/ECF system as indicated below:

Rachel E. Ellis
Brooke H. Meyer
Kaitlin I. Spittell
John M. Guevara
LIVELIHOOD LAW, LLC
3401 Quebec Street, Suite 6009
Denver, Colorado 80207
Facsimile: (720) 465-6927
ree@livelihoodlaw.com
kis@livelihoodlaw.com
bhm@livelihoodlaw.com
jmg@livelihoodlaw.com

*Attorneys for Plaintiff*

                                                By:   *s/ Sandra Orvis*

4836-9872-5494.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01838-PAB-NYW

JENNIFER CHRISTOS,

    Plaintiff,

v.

HALKER CONSULTING, LLC,

    Defendant.

---

**ORDER GRANTING DEFENDANT HALKER CONSULTING, LLC'S MOTION TO WITHDRAW BRETT M. WENDT AND JEFFREY H. MCCLELLAND AS COUNSEL FOR DEFENDANT HALKER CONSULTING, LLC**

---

THE COURT having reviewed Defendant Halker Consulting, LLC's Motion to Withdraw Brett M. Wendt and Jeffrey H. McClelland as Counsel for Defendant Halker Consulting, LLC (the "Motion"), and being fully advised in the premises, hereby ORDERS said Motion is GRANTED. Mr. McClelland's and Mr. Wendt's representation of Defendant in this matter is terminated. The Clerk is instructed to remove Mr. Wendt and Mr. McClelland as attorneys to be noticed for Defendant in the Court's CM/ECF system for this action.

SO ORDERED this _____ day of _____, 2018.

BY THE COURT:

_____
U.S. District Judge